```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 11-20162-CIV-LENARD
                              MAGISTRATE JUDGE P.A. WHITE
```

FRANK T. WYNN,                       :

    Petitioner,             :

v.                                   :           REPORT OF
                                                             MAGISTRATE JUDGE

UNITED STATES OF AMERICA,            :

    Respondents.            :
_____

      The *pro se* petitioner filed a writ of habeas corpus pursuant to 28 U.S.C. §2241C(5). The petitioner is confined in the Suwannee Correctional Institution in Live Oak, Florida, and seeks to be brought to the United States District Court for the Southern District of Florida "for the purpose of disposition of an alleged new criminal charge".

      Review of this Court's docket does not reveal any case pending for this petitioner. He refers to Case No. 1092410, but gives no further explanation of this case. Research at the Florida Department of Corrections website indicates he is due to be released July 2, 2011, and that a detainer was issued against him in Miami, Florida.

      If the petitioner has a pending criminal proceeding in the state court in the Southern District of Florida, a petition for a writ would be filed by his attorney in that proceeding.

      It is therefore recommended that this petition is without merit and the case be dismissed.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 20TH day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Frank T. Wynn, Pro Se
DC #068458
Address of record