UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20162-CIV-LENARD/WHITE

**FRANK T. WYNN**,

            Petitioner,

vs.

**UNITED STATES OF AMERICA**,

            Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 4)
AND DISMISSING HABEAS CORPUS PETITION (D.E. 1)**

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 4), issued on January 1, 2011.  In his Report, Magistrate Judge White recommends that the habeas corpus petition (D.E. 1), filed by Petitioner on January 14, 2011, is without merit and therefore should be dismissed.  The Report indicates that the instant petition references a non-existent case, a review of the Court's docket does not reveal any cases pending for this Petitioner and he is due to be released July 2, 2011. The Report also provides that any objections may be filed within fourteen days of its receipt by the parties.  To date, no objections to the Report have been filed.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report.  *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

      Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 4), issued on January 20, 2011, is **ADOPTED.**

2. Plaintiff's Petition for Writ of Habeas Corpus (D.E. 1), filed on January 14, 2011, is **DISMISSED**.

3. This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of March, 2011.

                                                **JOAN A. LENARD**
                                                **UNITED STATES DISTRICT JUDGE**